IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00194-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONTAE DANIEL HINES,

    Defendant.

_____

**UNOPPOSED MOTION FOR COMPETENCY EVALUATION**
_____

Dontae Daniel Hines, by and through undersigned counsel, hereby moves this Court for an Order authorizing a psychiatric or psychological examination of the Defendant by a certified psychiatrist or psychologist for the purpose of determining whether he suffers from a mental disease or defect, and to thereafter set a hearing to determine his competency to proceed, pursuant to 18 U.S.C. § 4241(a),(b) and (c), and 18 U.S.C. §4247(b) and (c). In support thereof, the defense states as follows:

**I.**     **Procedural History**

1. Mr. Hines is charged in a three-count indictment with Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), Possession of a Controlled Substance with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C), and Possession of a Firearm in Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1)(A).

2. On July 11, 2013, undersigned counsel filed an Unopposed Motion for an Ends of Justice Continuance in order, *inter alia*, to determine if Mr. Hines was presently

suffering from a mental disease or defect. On the very same day, the Court granted the motion.

**II.  Argument**

3. Undersigned counsel has met with Mr. Hines on several occasions. Based upon undersigned counsel's interactions with Mr. Hines, undersigned counsel has reason to believe that Mr. Hines may be suffering from a mental disease or defect that could be rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. This concern has been bolstered by a review of the medical reports recently obtained from the GEO facility in Aurora where Mr. Hines is currently being housed. Attorney-client privilege and confidences prevent further disclosure. But, given counsel's concerns based on personal observation and based further on a review of his medical records, the defense requests the Court to order a psychiatric or psychological evaluation for purposes of determining competency.

4. Pursuant to 18 U.S.C. § 4247(b), and for the purposes of conducting this examination, counsel requests that the defendant be committed to the custody of the United States Attorney General for a reasonable period not to exceed 30 days, unless an extension is appropriately sought pursuant to the provisions of the same statute.

5. Pursuant to 18 U.S.C. § 4247(c), counsel further requests the Court to direct the preparation of a written report and that, once completed, copies of the report be delivered *directly* to undersigned counsel, the Assistant United States Attorney, and this Court.

6. Counsel also requests that this Court order counsel to contact chambers to set a date for hearing on Mr. Hine's competency once the report has delivered to all parties.

7. Finally, counsel requests that the Court order that, unless impracticable, the psychiatric and psychological examination be conducted in a suitable facility closest to the Court and that the examination shall be conducted locally by Susan Bograd, M.D., 3300 East First Avenue, Suite 590, Denver, Colorado, 80206. Undersigned counsel has previous experience with Dr. Bograd in an unrelated matter that was in front of Chief Judge Krieger. *See* 1:11-cr-00052-MSK. In that matter, Judge Krieger specifically requested the services of Dr. Bograd, and all parties, including the Court, were extremely pleased with the speed and quality of the work performed by Dr. Bograd in that matter.

8. Undersigned counsel has conferred with AUSA Jeremy Sibert and Mr. Sibert has no objections to this motion.

Respectfully submitted,

WARREN R. WILLIAMSON
Federal Public Defender, Interim


s/Matthew K. Belcher
Matthew K. Belcher
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
matthew_belcher@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2013, I electronically filed the foregoing **UNOPPOSED MOTION FOR COMPETENCY EVALUATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jeremy Sibert, AUSA
email: jeremy.sibert@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Dontae Hines   *(via U.S. Mail)*
Reg. No. 39651-013
Denver Contract Detention Facility
c/o GEO
11901 E. 30th Avenue
Aurora, CO 80010

s/Matthew K. Belcher
Matthew K. Belcher
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
matthew_belcher@fd.org
Attorney for Defendant